JS-6

KESSEL & ASSOCIATES
500 S. Grand Avenue, Suite 1640
Los Angeles, California 90071
Tel. No.: (213) 382-2800 | Fax No. (213) 382-9529

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HENSLEY, | ) CASE NO: 2:17-cv-08422 AB (Ex) |
| | ) Courtroom: 7B |
| Plaintiff, | ) District Judge: Andre Birotte, Jr. |
| | ) Magistrate Judge: Charles F. Eick |
| vs. | ) |
| | ) ~~[PROPOSED]~~ JUDGMENT ON |
| CITY OF PORT HUENEME, a | ) DEFENDANTS' MOTION FOR |
| California governmental entity; | ) SUMMARY JUDGMENT |
| CARMEN NICHOLS, an | ) |
| individual, and TOM FIGG, an | ) |
| individual, and DOES 1 through 7, | ) |
| Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

CASE NO: 2:17-cv-08422 AB (Ex)
**~~[PROPOSED]~~ JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication of Defendants, CITY OF PORT HUENEME, CARMEN NICHOLS, and TOM FIGG, came on for hearing before this Court, on May 3, 2019, at 9:00 a.m. in Courtroom 7B located at 350 W. First Street, Los Angeles, California 90012, the Honorable Andre Birotte, Jr., District Court Judge Presiding.

This Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, HEREBY ORDERS AND DECREES that Defendants' Motion for Summary Judgment is GRANTED.

This Court further ORDERS AND DECREES that:

1. Judgment be entered against Plaintiff, JIM HENSLEY, and in favor of Defendants, CITY OF PORT HUENEME, CARMEN NICHOLS, and TOM FIGG ;

2. Plaintiff , JIM HENSLEY,  will take nothing by the Complaint and this action will be dismissed with prejudice in its entirety; and

//

//

//

//

2

KESSEL & ASSOCIATES
506 S. Grand Avenue, Suite 1640
Los Angeles, California 90071
Tel. No.: (213) 385-2800 | Fax No. (213) 382-9529

3. Defendants, CITY OF PORT HUENEME, CARMEN NICHOLS, and TOM FIGG, are the prevailing party and will recover from Plaintiff costs of suit.

**IT IS SO ORDERED**.

DATED: May 28, 2019          By: _____

The Honorable André Birotte Jr.
United States District Court Judge

**KESSEL & ASSOCIATES**
500 S. Grand Avenue, Suite 1640
Los Angeles, California 90071
Tel. No.: (213) 385-2800 | Fax No. (213) 382-9529

CASE NO: 2:17-cv-08422 AB (Ex)
~~[PROPOSED]~~ JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT